UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARGARET LIN OWENS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:12CV407 JCH |
| ) | |
| ST. LOUIS METROPOLITAN POLICE ) | |
| DEPARTMENT - BOARD OF POLICE ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER OF REMAND**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of the County of St. Louis, State of Missouri.

Dated this  15th  day of March, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE